No. D-2260. IN RE DISBARMENT OF MERCER. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D-2261. IN RE DISBARMENT OF MCPHEE. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D-2263. IN RE DISBARMENT OF LALLO. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D-2264. IN RE DISBARMENT OF GOLDSTEIN. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D-2265. IN RE DISBARMENT OF DON. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D-2267. IN RE DISBARMENT OF CLARKE. Disbarment entered. [For earlier order herein, see *ante*, p. 806.]

No. D-2271. IN RE DISBARMENT OF NOBLE. Disbarment entered. [For earlier order herein, see *ante*, p. 806.]

No. D-2273. IN RE DISBARMENT OF GRAND. Disbarment entered. [For earlier order herein, see *ante*, p. 806.]

No. D-2274. IN RE DISBARMENT OF LEGG. Disbarment entered. [For earlier order herein, see *ante*, p. 807.]

No. 01M33. GORE *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 01M34. ROGERS *v.* VICUNA ET AL.;

No. 01M35. CULLERTON *v.* RYDER, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX;

No. 01M36. HUMPHREY *v.* DEPARTMENT OF JUSTICE ET AL.;

No. 01M37. CURRY *v.* SPARKMAN, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.; and

No. 01M39. EGHERMAN *v.* ROE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00-1531. VERIZON MARYLAND INC. *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL.; and

No. 00-1711. UNITED STATES *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL. C. A. 4th Cir. [Certiorari granted, 533 U. S. 928 and *ante*, p. 1072.] Motion of New Jersey et al. for leave